IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:19-cr-625-DPM-2

WILLIAM SHARP     DEFENDANT

ORDER

1.     After conferring with counsel, William Sharp consented to a plea hearing before Magistrate Judge Beth Deere.  On *de novo* review, the Court adopts her recommendation, *Doc. 90*.  No objections were filed and the time to do so has passed.  The Court notes that Assistant United States Attorney Katie Hinojosa, rather than Assistant United States Attorney Kristin Bryant, appeared for the United States at the hearing.

2.     From February 2019 until 27 March 2019 in the Eastern District of Arkansas, Sharp voluntarily and intentionally conspired with others to distribute and possess with intent to distribute fifty grams or more of methamphetamine, as charged in count 1 of the Indictment.  He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement.  The Court has reviewed and accepts that agreement.  Fed. R. Crim. P. 11(c)(3)(A).

3.     The Court accepts Sharp's guilty plea and convicts him of the offense.  The United States' motion to dismiss, *Doc. 91*, is granted.  Count 2 is dismissed without prejudice as to Sharp.

4. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2023